```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 11-05530-MDF
Michael Wayne Brandt                                                      Chapter 13
Jean Evelyn Brandt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRatchfor          Page 1 of 1          Date Rcvd: Jan 30, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.
db/jdb         +Michael Wayne Brandt,   Jean Evelyn Brandt,   500 Lexington Way,   Littlestown, PA 17340-1566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas E. Miller   on behalf of Debtor Michael Wayne Brandt staff@tommillerlawoffice.com
              Thomas E. Miller   on behalf of Joint Debtor Jean Evelyn Brandt staff@tommillerlawoffice.com
              Thomas I Puleo   on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MICHAEL WAYNE BRANDT and | : | |
| JEAN EVELYN BRANDT, | : | CASE NO. 1:11-bk-05530 MDF |
| Debtors, | : | |

## ORDER DENYING MOTION TO MODIFY CONFIRMED PLAN

Upon consideration of Debtors' Motion to Modify Confirmed Chapter 13 Plan of Reorganization and the Objection of the Chapter 13 Trustee filed thereto, and after notice and hearing, it is hereby:

ORDERED that the Motion is DENIED.

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)

Date: January 30, 2017