```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 11-05530-RNO
Michael Wayne Brandt                                                Chapter 13
Jean Evelyn Brandt
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRatchfor          Page 1 of 1          Date Rcvd: Mar 31, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.
db/jdb         +Michael Wayne Brandt,    Jean Evelyn Brandt,    500 Lexington Way,    Littlestown, PA 17340-1566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas E. Miller    on behalf of Debtor Michael Wayne Brandt staff@tommillerlawoffice.com
              Thomas E. Miller    on behalf of Joint Debtor Jean Evelyn Brandt staff@tommillerlawoffice.com
              Thomas I Puleo    on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 1:11-bk-05530 |
| MICHAEL WAYNE BRANDT AND, | : | |
| JEAN EVELYN BRANDT, | : | |
|     Husband and Wife, | : | |
|     Debtors | : | CHAPTER 13 BANKRUPTCY |

## ORDER

Upon consideration of the Motion to Modify Confirmed Plan/ First Amended Chapter 13 Plan filed on March 2, 2017, and after transmission to creditors pursuant to Bankruptcy Rule 3015, and no objections having been filed, the Court finds that the First Amended Plan meets the requirements of 11 U.S.C. §1325.

**IT IS HEREBY ORDERED THAT:**

The Debtor's Motion to Modify Plan is granted.

Dated: March 31, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)