```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                  Case No. 11-05530-RNO
Michael Wayne Brandt                                                    Chapter 13
Jean Evelyn Brandt
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: PRatchfor         Page 1 of 1         Date Rcvd: Sep 15, 2017
                             Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2017.
db/jdb         +Michael Wayne Brandt,   Jean Evelyn Brandt,   500 Lexington Way,   Littlestown, PA 17340-1566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas E. Miller    on behalf of Debtor Michael Wayne Brandt staff@tommillerlawoffice.com
              Thomas E. Miller    on behalf of Joint Debtor Jean Evelyn Brandt staff@tommillerlawoffice.com
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael Wayne Brandt<br>500 Lexington Way<br>Littlestown, PA 17340 | Chapter 13<br>Case No. 1:11−bk−05530−RNO |
| Jean Evelyn Brandt<br>500 Lexington Way<br>Littlestown, PA 17340 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−1947
xxx−xx−3779

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 15, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk